| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert J. Avellino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5660<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Arlene M. Avellino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3891<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–30490–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert J. Avellino                                        Arlene M. Avellino

6/30/20                                **By the court:** Jerrold N. Poslusny Jr.
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Robert J. Avellino
Arlene M. Avellino
    Debtors

Case No. 18-30490-JNP
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Jun 30, 2020
                              Form ID: 3180W           Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
```
db/jdb         +Robert J. Avellino,   Arlene M. Avellino,   Parklane @ Garden State Park,
                 1 Parklane Blvd-Apartment 2302,   Cherry Hill, NJ 08002-3863
r              +Craig Berberich,   409 Marlton Pike,   Cherry Hill, NJ 08034-2413
cr             +Nationstar Mortgage LLC D/B/A Mr. Cooper As Servic,   Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE for CSM,   RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461
517813442      +ADT Security Services,    c/o Sourch RM,   4615 Dundas Drive,   Suite 102,
                 Greensboro, NC 27407-1761
517813444      +Amcol Systems,   111 Lancewood Road,   Columbia, SC 29210-7523
517813445      +Attorney General of the United States,   Department of Justice,
                 Constitution Ave and 10th St. NW,   Washington, DC 20530-0001
517813448      +Capital One / Saks Fifth,   3455 Hwy 80 West,   Jackson, MS 39209-7202
517813450      +Capital One/Lord &Taylor,   PO Box 30253,   Salt Lake City, UT 84130-0253
517813452      +Cooper University Health Care,   P.O. Box 2090,   Morrisville, NC 27560-2090
517813457       DSNB/Macys,    PO Box 8218,   Monroe, OH 45050
517905414       Emergency Physician Associate of South Jersey, PC,   PO Box 1123,   Minneapolis MN 55440-1123
517813458      ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court:  Forster, Garbus & Garbus,   60 Motor Parkway,   Commack, NY 11725)
517813461      +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517813463      +Northstar Location Services, LLC,   Attn Financial Serivces Dept,   4285 Genesee Street,
                 Buffalo, NY 14225-1943
517813464       Office of Chief Counsel,   Internal Revenue Service,   SB/SE Division Counsel,
                 One Newark Center, Suite 1500,   Newark, NJ 07102-5224
517889152      +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
517813466       PNC Bank,   PO Box 8807,   Dayton, OH 45401-8807
517813467      +PNC Bank,   PO Box 1820,   Dayton, OH 45401-1820
517813465       Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-4406
517813470      +ProCo,   PO Box 2462,   Aston, PA 19014-0462
517813471      +Providence Hospital,   PO Box 42008,   Phoenix, AZ 85080-2008
517813472      +Quest Diagnostics,   PO Box 7306,   Hollister, MO 65673-7306
517813473      +Radius Global Solutions,   P.O. Box 390846,   Minneapolis, MN 55439-0846
517858443      +TD Bank, N.A.,   Payment Processing, PO Box 16029,   Lewiston, ME 04243-9507
517860527      +TD Bank, N.A.,   30 Montgomery Steet, Suite 1205,   Jersey City  NJ 07302-3835
517822575      +U.S. BANK NATIONAL ASSOCIATION,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517865959      +U.S. Bank National Association,   PO Box 619096,   Dallas TX 75261-9096
517813476      +Virtua Health,   Patient Account Services,   5 Eves Drive,   Marlton, NJ 08053-3135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 01 2020 02:56:20     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 01 2020 02:56:17     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517852954       EDI: GMACFS.COM Jul 01 2020 06:13:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517813443      +EDI: GMACFS.COM Jul 01 2020 06:13:00     Ally Financial,   PO Box 380902,
                 Minneapolis, MN 55438-0902
517813446      +EDI: TSYS2.COM Jul 01 2020 06:13:00     Barclays Bank Delaware,   125 S West Street,
                 Wilmington, DE 19801-5014
517813447      +E-mail/Text: lriley@caperegional.com Jul 01 2020 02:55:38     Cape Regional Medical Center,
                 2 Stone Harbor Blvd,   Cape May Court House, NJ 08210-2138
517855565       EDI: CAPITALONE.COM Jul 01 2020 06:13:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517813449      +EDI: CAPITALONE.COM Jul 01 2020 06:13:00     Capital One Bank USA NA,   10700 Capital One Way,
                 Glen Allen, VA 23060-9243
517813451      +EDI: CAPITALONE.COM Jul 01 2020 06:13:00     Capital One/Neiman Marcus,   10700 Capital One Way,
                 Glen Allen, VA 23060-9243
517813453      +EDI: CCS.COM Jul 01 2020 06:13:00     Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
517813454       EDI: CRFRSTNA.COM Jul 01 2020 06:13:00     Credit First National Assoc,   PO Box 81315,
                 Cleveland, OH 44181-0315
517813455       E-mail/PDF: creditonebknotifications@resurgent.com Jul 01 2020 03:02:42     Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
517813456       EDI: IRS.COM Jul 01 2020 06:13:00     District Director of the IRS,   955 S. Springfield Avenue,
                 Springfield, NJ 07081
517911043       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2020 03:03:21     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517813460      +EDI: CCS.COM Jul 01 2020 06:13:00     Liberty Mutual,   c/o Credit Collection Services,
                 725 Canton Street,   Norwood, MA 02062-2679
517921616      +EDI: MID8.COM Jul 01 2020 06:13:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
```

```
District/off: 0312-1            User: admin              Page 2 of 3             Date Rcvd: Jun 30, 2020
                                Form ID: 3180W           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517813462       +E-mail/Text: bnc@nordstrom.com Jul 01 2020 02:55:36      Nordstrom TD Bank USA,
                 13531 E Caley Ave,    Englewood, CO 80111-6505
517813468        EDI: PRA.COM Jul 01 2020 06:13:00      Portfolio Recovery Associates,   120 Corporate Blvd,
                 Suite 100,    Norfolk, VA 23502
517813469        EDI: PRA.COM Jul 01 2020 06:13:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA 23541
517937132        EDI: PRA.COM Jul 01 2020 06:13:00      Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
517936368        EDI: PRA.COM Jul 01 2020 06:13:00      Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                 POB 41067,    Norfolk VA 23541
517927822        EDI: PRA.COM Jul 01 2020 06:13:00      Portfolio Recovery Associates, LLC,    c/o Saks,
                 POB 41067,    Norfolk VA 23541
517813474        EDI: TDBANKNORTH.COM Jul 01 2020 06:13:00      TD Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
517813475       +E-mail/Text: usanj.njbankr@usdoj.gov Jul 01 2020 02:56:20      United States Attorney*,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517936414          PNC BANK, NATIONAL ASSOCIATION
517813459*        +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517937558*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court:    Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Red,
                   POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Bruce C. Truesdale    on behalf of Joint Debtor Arlene M. Avellino brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Robert J. Avellino brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE for CSMC
               MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2 hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper As
               Servicer For U.S. Bank National Association, As Trustee For CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2007-2 cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper As Servicer For
               U.S. Bank National Association, As Trustee For CSMC Mortgage-Backed Pass-Through Certificates,
               Series 2007-2 mcozzini@sternlav.com
              Michael M Khalil    on behalf of Debtor Robert J. Avellino mkhalilecf@gmail.com
              Michael M Khalil    on behalf of Joint Debtor Arlene M. Avellino mkhalilecf@gmail.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE for CSMC
               MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2 smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
```

Case 18-30490-JNP    Doc 86    Filed 07/02/20    Entered 07/03/20 00:26:39    Desc Imaged
                        Certificate of Notice    Page 5 of 5

```
District/off: 0312-1                  User: admin                    Page 3 of 3                  Date Rcvd: Jun 30, 2020
                                      Form ID: 3180W                 Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                              TOTAL: 14